# LAW OFFICES OF STEVEN E. ROSENFELD, PC
## 767 THIRD AVENUE – 30TH FLOOR
## NEW YORK, NEW YORK 10017
### O.: (212) 953-1600 F.: (212) 953-1801
### E-MAIL: STEVEN@LAWROSENFELD.com

STEVEN E. ROSENFELD, ESQ.*
ISAIAH JUSTE, ESQ.

OF COUNSEL
MARY LOU CHATTERTON, ESQ.

*ALSO ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
16 BENNETT ROAD
TEANECK, NEW JERSEY 07666-5543

PLEASE REPLY TO NEW YORK, NY

May 22nd, 2015

VIA ECF
Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Courtroom 15-B
New York, New York 10007-1312

Re: Abakan, Inc., and MesoCoat, Inc. *adv.*
George Town Associates, SA Case No.
15-cv-3435 (DLC)

**MEMO ENDORSED**

Dear Judge Cote:

Please be advised that this Firm represents Abakan, Inc., and MesoCoat, Inc. ("Defendants") in connection with the above referenced matter.

The parties have agreed to settle Plaintiff's motion currently pending before the Court upon the following terms. The temporary restraining order dated May 6th, 2015 as currently in place, including all handwritten additions made by the Court, shall be converted into a preliminary injunction. Plaintiff hereby withdraws its application for a receiver.

Defendant has agreed to not seek an extension of its time to answer which is currently due on Wednesday, May 27th, 2015.

Enclosed herewith, is a copy of Plaintiff's counsel's e-mail agreeing to the above.

As always, we thank the Court for its courtesies in this regard.

Respectfully submitted,
Law Offices of Steven E. Rosenfeld, P.C.

By: _____
Steven E. Rosenfeld

So ordered.
/s/ Denise Cote
May 22, 2015

SER:sc/Enclosure/cc: Abakan, Inc., and Douglas Gross, Esq., all via email.

| | |
|---|---|
| **From:** | Douglas Gross |
| **To:** | Steven E. Rosenfeld |
| **Subject:** | George Town |
| **Date:** | Friday, May 22, 2015 11:21:31 AM |

We will agree to have TRO as currently in place converted on consent to preliminary injunction, withdraw without prejudice our application for a receiver, and agreement by defendants not to seek extension of time to answer

Douglas Gross
Partner
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119

Phone: 212.695.8100 ext. 286
Direct Line: 212.897.7895
Fax: 212.629.4013
Email: dgross@goetzfitz.com



The information in this transmission may be privileged and confidential. It is intended for use of specific recipients. In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.