UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   15cv3435 (DLC)
GEORGE TOWN ASSOCIATES S.A.,          :
                                      :   SCHEDULING ORDER
                 Plaintiff,           :
                                      :
          -v-                         :
                                      :
ABAKAN, INC. and MESOCOAT, INC.,      :
                                      :
                 Defendants.          :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on June 26, 2015, the following schedule shall govern the further conduct of pretrial proceedings in this case:

Plaintiff shall file any reply on defendants' June 25, 2015, motion to strike or defer the motion for summary judgment by **July 17, 2015**.

Defendants shall file any opposition to the plaintiff's June 18, 2015, motion for partial summary judgment and motion to dismiss by **July 17, 2015**. Plaintiff's reply, if any, is due by **July 24, 2015**.

Dated:   New York, New York
         June 26, 2015

                                  _____
                                          DENISE COTE
                                  United States District Judge