UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE TOWN ASSOCIATES, S.A., | 15 cv 3435 (vm) |
| Plaintiff, | **NOTICE OF CROSS-MOTION** |
| -against- | |
| ABAKAN, INC. and MESOCOAT, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE, that upon the Declaration of Robert Miller dated the 17th day of July 2015, Declaration of Steven E. Rosenfeld dated the 17th day of July 2015, the memorandum of law dated the 17th day of July 2015, the exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, Defendants by their attorneys Law Offices of Steven E. Rosenfeld, P.C., will move this Honorable Court pursuant to FRCP 56(d), before the Honorable Denise Cote, U.S.D.J., in Courtroom 15-B of the United States Courthouse located at 500 Pearl Street, New York, New York for an order pursuant to Rule 19(a) & 20(b)(2) adding John Xinos as a party to this action, deferring consideration of Plaintiff's motion for summary judgment until such time as discovery is completed, and for such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         July 17, 2015

                    LAW OFFICES OF STEVEN E. ROSENFELD, P.C.

                    By: _____
                        Steven E. Rosenfeld (SER-5961)
                        Attorneys for Defendants
                        767 Third Avenue, 30th Floor
                        New York, New York 10017
                        Tel. No.: (212) 953-1600

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, the Memorandum of Law, the Declaration of Robert Miller, the Declaration of Steven E. Rosenfeld, and all exhibits annexed thereto were served via ECF on all counsel of record on this the 17th day of July 2015.

By: _____
Steven E. Rosenfeld (SER-5961)