# EXHIBIT A

Abakan Inc. Press Release: MesoCoat Inc. Ranked #15 Fastest-Growing Manufacturing Company in the Annual Inc. 500|5000 list of Fastest-Growin...

Case 1:15-cv-03435-DLC    Document 68-1    Filed 07/30/15    Page 2 of 7

Home | Quick Links | Glossary | Login | Current Quote: **$0.31**



- Abakan
- About
- Holdings
- Investors
- Media
- Contact Us
- 

Search Abakan

- Press Releases
- In the News
- Newsletter
- Industry Articles
- Videos
- Presentations
- Brochures
- Resources

# Press Releases

## Abakan Acquires 100% Ownership of MesoCoat

Share

July 27, 2015

MIAMI, FL--(Marketwired - July 27, 2015) - Abakan Inc. (OTCQB: ABKI) ("Abakan"), an emerging leader in the advanced coatings markets, is pleased to announce that, following its long term strategy, Abakan has increased ownership in subsidiary, MesoCoat Inc. to 100%. In exchange for 20.5% of Abakan's minority ownership in Powdermet Inc.(from 24.1% to 3.6%), Abakan has acquired from Powdermet: the remaining 11.9% of MesoCoat, along with land and equipment worth $550,000, the extinguishment of existing inter-company debt of $486,000, the return of 400,000 outstanding Abakan common shares to authorized capital and $1,000,000 in cash..

"Obtaining 100% ownership of MesoCoat along with owning the 5.7 acres of land where our clad pipe manufacturing facility sits and on which we plan to build a 160 ton/year PComP powder production facility were some of Abakan's goals for CY 2015. This transaction also transfers ownership of necessary PComP powder production equipment from Powdermet to MesoCoat, in addition to 6 cash payments over 5 months totaling $1,000,000 which will be utilized in part to fund capital expenses for

Abakan Inc. Press Release: MesoCoat Inc. Ranked #15 Fastest-Growing Manufacturing Company in the Annual Inc. 500|5000 list of Fastest-Growin...

Case 1:15-cv-03435-DLC   Document 68-1   Filed 07/30/15   Page 3 of 7

the PComP facility. PComP testing and recent sales have been very successful so we expect to meet the growing demand for this product with increased production capacity. When constructed, the new plant running at full capacity would be able to increase annual revenues by approximately $20,000,000," said Abakan CEO, Robert Miller.

The decision to divest a significant portion of Abakan's ownership of Powdermet, was mutually agreed upon by the respective Boards of Abakan and Powdermet, and is the culmination of the staged acquisition of MesoCoat planned as part of Abakan's initial investment in 2009. The price per share of the latest conversion of Abakan's investment in MesoCoat is equal to the last price at which Abakan converted invested capital to equity in May 2014. Abakan originally purchased a 41% interest in Powdermet specifically because of the MesoCoat shares owned by Powdermet. The 41% interest was purchased from Kennametal Inc., in March, 2011 for $1,700,000, of which 37.4% has now been returned to Powdermet in two separate transaction for an approximate value to Abakan of $10,000,000, based on the same value per share calculated in the valuation of MesoCoat relied upon Abakan's May 31, 2014 year end audit, translating into an effective return on investment of around 500%.

**About Abakan Inc.**
Abakan develops, manufactures and markets advanced nano-composite materials, and innovative fabricated metal products  for applications in the oil and gas, petrochemical, mining, aerospace and defense, energy, infrastructure and processing industries. Abakan's technology portfolio currently includes high-speed, large-area metal cladding technology, and long-life nano-composite anti-corrosion and wear coating materials. Abakan's products have demonstrated longer life, higher productivity and extremely high strength-to-weight ratios compared to competing technologies. The Abakan group of companies has been honored by The Wall Street Journal as the #1 Manufacturing Innovation across the globe; by Pipeline Industries Guild as the Top Subsea Pipeline Technology; by Forbes as the #1 Most Promising Material Science Company in the United States; by American Metals Market with the Steel Excellence Award; by Inc. 500 as one of the Fastest Growing Manufacturing Company in the U.S.; and has received numerous other trade, industry and technology awards including five R&D 100 Awards and a Technology Innovation Award from the National Institute of Standards and Technology. Over $50 million has been invested in product development and testing by federal agencies, national labs and our companies in order to deliver products that offer improved performance over the current state of art. Abakan has introduced its PComP™ W for metal asset protection and life extension to the oil and gas and mining industries, and is currently focused on the scale-up and commercialization of its highly disruptive metal cladding products for the oil and gas, oil sands, and mining industries. Abakan currently operates from multiple locations in United States, and in Canada.

**Forward-Looking Statements**
*A number of statements contained in this press release are forward-looking statements. These forward looking statements involve a number of risks and uncertainties including technological obsolescence, market acceptance of future products, competitive market conditions, and the sufficiency of capital resources. The actual results Abakan may achieve could differ materially from any forward-looking statements due to such risks and uncertainties. Abakan encourages the public to read the information provided here in conjunction with its most recent filings on Form 10-K, Form 10-Q and 8-K. Abakan's public filings may be viewed at www.sec.gov.*

**Abakan Inc**.
Robert Miller, Chief Executive Officer
Phone: 786-206-5368
Email: robert.miller@abakaninc.com

Abakan Inc. Press Release: MesoCoat Inc. Ranked #15 Fastest-Growing Manufacturing Company in the Annual Inc. 500|5000 list of Fastest-Growin...

Case 1:15-cv-03435-DLC   Document 68-1   Filed 07/30/15   Page 4 of 7

www.abakaninc.com

**Investor Relations**
Surety Financial Group, LLC
Phone: 410-833-0078
Email: info@suretyfingroup.com
www.suretyfingroup.com

Return to Press Releases


Share


## Recent News

July 27, 2015
Press Release
Abakan Acquires 100% Ownership of MesoCoat
July 15, 2015
Press Release
Abakan Secures Test Orders from Major Industry Leaders
June 10, 2015
Press Release
Abakan Receives First Commercial Order From Mexico for PComP Coatings
June 4, 2015
Press Release
Abakan Launches Operations in Alberta
May 28, 2015
Press Release
Abakan Announces Interim CFO
May 27, 2015
Press Release
Abakan Incorporates MesoCoat de Mexico and Appoints Jose Maria Ribot as its President and CEO
May 22, 2015
Press Release
Abakan Settles Lawsuit with Sonoro
May 8, 2015
Press Release
Abakan to Present at International Thermal Spray Conference and Exposition 2015
May 5, 2015
Press Release
Abakan - Planned PComP™ Thermal Spray Powder Production Ramp-Up Exceeds Target
April 13, 2015
Press Release
UP Scientech Completes Initial Testing of Abakan's CermaClad Wear-Plates
February 05, 2015
Press Release
Abakan's PComP Protective Coatings Gaining Traction in North America, and Asia

Abakan Inc. Press Release: MesoCoat Inc. Ranked #15 Fastest-Growing Manufacturing Company in the Annual Inc. 500|5000 list of Fastest-Growin...

Case 1:15-cv-03435-DLC    Document 68-1    Filed 07/30/15    Page 5 of 7

January 27, 2015
Press Release
Abakan Appoints Stephen Goss as Chief Operating Officer
More Press Releases
More Company Articles

## Corporate Video

More Company Videos

## Information

Contact Us to Learn More
Join our Mailing List
Download our Brochure



- Home|
- Abouts Us|
- Holdings|
- Technologies

- Investors|
- Press Releases|
- Contact Us

- Privacy Policy |
- Copyright © 2011 Abakan, Inc.

**Abakan, Inc.**
2665 Bayshore Drive, Suite 450 Miami, FL 33133
Phone: 786.206.5368 - info@abakaninc.com



MesoCoat Inc. Press Release - MesoCoat Inc. Ranked #15 Fastest-Growing Manufacturing Company in the Annual. Inc. 500|5000 list of Fastest-Gro...

Case 1:15-cv-03435-DLC    Document 68-1    Filed 07/30/15    Page 6 of 7



In-house thermal spray coating services using our long-life PComP™ nanocomposite coatings.
**Submit a Request for Quote now!**

Home    About Us    Solutions    Applications    Quality & HSE    R & D    Testimonials    Media    Careers    Contact Us

# Press Releases

### Abakan Acquires 100% Ownership of MesoCoat

July 27, 2015

MIAMI, FL--(Marketwired - July 27, 2015) - Abakan Inc. (OTCQB: ABKI) ("Abakan"), an emerging leader in the advanced coatings markets, is pleased to announce that, following its long term strategy, Abakan has increased ownership in subsidiary, MesoCoat Inc. to 100%. In exchange for 20.5% of Abakan's minority ownership in Powdermet Inc.(from 24.1% to 3.6%), Abakan has acquired from Powdermet: the remaining 11.9% of MesoCoat, along with land and equipment worth $550,000, the extinguishment of existing inter-company debt of $486,000, the return of 400,000 outstanding Abakan common shares to authorized capital and $1,000,000 in cash.

"Obtaining 100% ownership of MesoCoat along with owning the 5.7 acres of land where our clad pipe manufacturing facility sits and on which we plan to build a 160 ton/year PComP powder production facility were some of Abakan's goals for CY 2015. This transaction also transfers ownership of necessary PComP powder production equipment from Powdermet to MesoCoat, in addition to 6 cash payments over 5 months totaling $1,000,000 which will be utilized in part to fund capital expenses for the PComP facility. PComP testing and recent sales have been very successful so we expect to meet the growing demand for this product with increased production capacity. When constructed, the new plant running at full capacity would be able to increase annual revenues by approximately $20,000,000," said Abakan CEO, Robert Miller.

The decision to divest a significant portion of Abakan's ownership of Powdermet, was mutually agreed upon by the respective Boards of Abakan and Powdermet, and is the culmination of the staged acquisition of MesoCoat planned as part of Abakan's initial investment in 2009. The price per share of the latest conversion of Abakan's investment in MesoCoat is equal to the last price at which Abakan converted invested capital to equity in May 2014. Abakan originally purchased a 41% interest in Powdermet specifically because of the MesoCoat shares owned by Powdermet. The 41% interest was purchased from Kennametal Inc., in March, 2011 for $1,700,000, of which 37.4% has now been returned to Powdermet in two separate transaction for an approximate value to Abakan of $10,000,000, based on the same value per share calculated in the valuation of MesoCoat relied upon Abakan's May 31, 2014 year end audit, translating into an effective return on investment of around 500%.

**About Abakan Inc.**

Abakan develops, manufactures and markets advanced nano-composite materials, and innovative fabricated metal products  for applications in the oil and gas, petrochemical, mining, aerospace and defense, energy, infrastructure and processing industries. Abakan's technology portfolio currently includes high-speed, large-area metal cladding technology, and long-life nano-composite anti-corrosion and wear coating materials. Abakan's products have demonstrated longer life, higher productivity and extremely high strength-to-weight ratios compared to competing technologies. The Abakan group of companies has been honored by The Wall Street Journal as the #1 Manufacturing Innovation across the globe; by Pipeline Industries Guild as the Top Subsea Pipeline Technology; by Forbes as the #1 Most Promising Material Science Company in the United States; by American Metals Market with the Steel Excellence Award; by Inc. 500 as one of the Fastest Growing Manufacturing Company in the U.S.; and has received numerous other trade, industry and technology awards including five R&D 100 Awards and a Technology Innovation Award from the National Institute of Standards and Technology. Over $50 million has been invested in product development and testing by federal agencies, national labs and our companies in order to deliver products that offer improved performance over the current state of art. Abakan has introduced its PComP™ W for metal asset protection and life extension to the oil and gas and mining industries, and is currently focused on the scale-up and commercialization of its highly disruptive metal cladding products for the oil and gas, oil sands, and mining industries. Abakan currently operates from multiple locations in United States, and in Canada.

**Forward-Looking Statements**

*A number of statements contained in this press release are forward-looking statements. These forward looking statements involve a number of risks and uncertainties including technological obsolescence, market acceptance of future products, competitive market conditions, and the sufficiency of capital resources. The actual results Abakan may achieve could differ materially from any forward-looking statements due to such risks and uncertainties. Abakan encourages the public to read the information provided here in conjunction with its most recent filings on Form 10-K,Form 10-Q and 8-K. Abakan's public filings may be viewed at www.sec.gov.*

## Media

News

Press Releases

NanoMatters Newsletter

Videos

Presentations

Brochures

Resources

Awards

## Latest News

July 27, 2015

**Press Release**

Abakan Acquires 100% Ownership of MesoCoat...

more »

More News »
More Press Releases »

## Media

Join our Mailing List »

Download CermaClad™ Brochure »

Download PComP™ Brochure »

      Share

MesoCoat Inc. Press Release - MesoCoat Inc. Ranked #15 Fastest-Growing Manufacturing Company in the Annual Inc. 500|5000 list of Fastest-Gro...

Case 1:15-cv-03435-DLC   Document 68-1   Filed 07/30/15   Page 7 of 7

**Abakan Inc.**
Robert Miller, Chief Executive Officer
Phone: 786-206-5368
Email: robert.miller@abakaninc.com
www.abakaninc.com

**Investor Relations**
Surety Financial Group, LLC
Phone: 410-833-0078
Email: info@suretyfingroup.com
www.suretyfingroup.com

Home | Abouts Us | Cladding | Coating
Applications | Quality & HSE | Media | Careers
Contact Us | Privacy | © 2013 MesoCoat Inc.

**MesoCoat Inc.**
24112 Rockwell Drive, Euclid, OH, 44117-1252
Phone: 216.453.0866 - info@mesocoat.com

