# EXHIBIT B

# Curriculum Vitae of Robert W. Seiden

Robert W. Seiden is a former prosecutor, lawyer, global forensic investigator and court-appointed receiver.

Robert is the founder and President of Confidential Security & Investigations ("CSI"), a internationally recognized leader in recovering and monetizing assets, investigating fraud, locating and marshaling assets and managing large scale, complex projects, including in business disputes, asset recovery and corporate monitorships. CSI's Director of International Investigations is the former Directorate of INTERPOL, Paul Higdon. CSI's Bill Thomas is the former Chief Investigator for the Securities & Exchange Commission ("SEC") Northeast Regional Office and works on matters involving publicly listed and privately-held companies. Seiden and CSI have successfully conducted court-appointed receiverships and monitorships over the past 8 years. Seiden has identified, frozen and recovered millions of dollars in assets for clients, shareholders and the government over the past 25 years. Seiden has managed the affairs of several domestic and foreign companies as Receiver as a fiduciary of the court.

Robert was previously for 11 years a Senior Prosecutor in the Manhattan District Attorney's Office, New York City from 1988 to 1999, where he investigated and prosecuted cases of money laundering, fraud, embezzlement and other white collar and violent crimes. Since leaving government, Robert has successfully run several businesses. Robert successfully managed and grew several investigation companies, including an Inc. 5000 firm from the ground up. Robert has managed and conducted thousands of investigations in the past 25 years all around the world including in bankruptcy, litigation, business disputes, corporate fraud and judgment enforcement.

Robert oversees CSI's team of forensic investigators that includes forensic accountants, computer forensic experts, CPA's, retired FBI agents, MBA's, ex-intelligence officers, investigative analysts and field investigators throughout the globe, with concentration in Asia, Eastern Europe, off shore and in the Americas.

Robert also previously served for two (2) years as an Monitor appointed by the Port Authority of New York and New Jersey serving as the Deputy Managing Director for the integrity monitoring group investigation division that monitored business and legal compliance and investigated fraud, waste and abuse at the construction of the Freedom Tower in New York City at the site of the World Trade Center.

Over the past decade, Robert was chosen by the United States Department of State to participate in global presentations on international issues, including money laundering, terrorist financing, hiding assets and other international issues with leaders of government and law enforcement from Hong Kong, China, Eastern Europe, Latin America and the Middle East.

Robert has been an invited speaker at industry-related conferences around the US on topics related to conducting investigations and finding hidden assets and has been a panel moderator at American

Corporate Counsel annual meeting and the International Trademark Association (INTA) Annual Conference in Washington DC on the topic of *Combating Online Counterfeits* in 2012.

Robert has been published several times on issues related to conducting investigations. These include the following from the *New York Law Journal*:

- "*Private Investigator: Application of the Attorney-Client Privilege*". (New York Law Journal) http://www.newyorklawjournal.com/PubArticleNY.jsp?id=900005453918&Private_Investigator_Application_of_the_AttorneyClient (2006)

- "*How Lawyers and Investigators Work Together Post-Enron*". (New York Law Journal) http://www.newyorklawjournal.com/PubArticleNY.jsp?id=900005415334&slreturn=2012081411432 (2004)

Robert has also been cited in publications by the Practicing Law Institute ("PLI"). See: http://www.pli.edu/product_files/booksamples/601_sample9.pdf

Robert has appeared as a guest expert on broadcasts of MSNBC, CourtTV and FOX News and in the New York Times, Wall Street Journal and Growth Capital on a variety of investigative issues.

Robert was chosen as the lead investigator in a massive multi-national fraud investigation involving the defalcation and laundering of hundreds of millions of dollars by individuals from a Lebanese bank that spread to recovery of assets in Geneva, Switzerland and other countries as well as judgments domesticated in New York and Maryland. The case received widespread international media attention and Robert and his team worked with the Financial Action Task Force (FATF) in Europe to identify hidden assets. See: "*Following the Old Money Trail*" (US News & World Report, Ed Pound, March 2005) and The New York Sun (Benny Avni, March 23, 2006).

Robert has been chosen (8) eight times as a Court-Appointed Receiver to enforce Court Orders and Judgments against public and private companies by several courts in the United States, including in Delaware, New York and Nevada.

Robert was an elected Trustee of the public school Board of Education in Port Washington New York for 9 years, from 2002 to 2011, including three (3) years as the School Board President and currently still serves as the Chairman of the Port Washington Emergency Preparedness Committee and the Port Washington Legislative Task Force. Robert is currently the President of the not-for-profit Port Washington Crisis Relief Team. Robert was awarded the Hometown Hero award in 2012 for his efforts leading a volunteer group that helped thousands of victims of Hurricane Sandy in New York.

On a personal side, Robert also serves as a basketball coach at the local Catholic Youth Organization and was a past member of the Board of directors of Port Washington Senior Citizens Center for 6 years.

Robert is a member of the Board of Directors of American Red Cross and has volunteered for Red Cross of Nassau County after the 9/11 attacks as a volunteer at the World Trade Center site and has

also volunteered for The American Red Cross of Greater New York at the Harlem Service Center at the annual youth conference.

Robert is the son of a former U.S. Marine who served in combat overseas in the Korean War. Robert grew up in Brooklyn, New York, attended NYC public schools, Mark Twain Junior High School and is a graduate of New York University (BA, 1985) and the Benjamin Cardozo School of Law (JD, 1988) (Dr. Samuel Belkin Scholar and Moot Court Board editor). He has been admitted to the New York State bar since 1989.

Robert is a licensed investigator by the State of New York Department of State Division of Licensing Services and still maintains his law license in New York State.

Robert's Recent Court Appointments:

1. *Deutsch v. ZST Digital Networks, Inc.* (Delaware Chancery Court, VC Laster, Case # 8014-VCL, Appointment Date March 28, 2013). ($32m judgment against a US publicly listed company with offshore subsidiaries)

2. *In Re Yinlips Technology, Inc. A/K/A Yinlips Limited Technology Co LTD Litigation* (Delaware Chancery Court, VC Parsons, Case # 8865-VCP, Appointment Date January 6, 2014). (Judgment against a US publicly listed company with offshore subsidiaries)

3. *In Re Southern China Livestock, Inc. Litigation* (Delaware Chancery Court, VC Noble, Case # 8851-VCN, Appointment Date January 17, 2014) ($5m judgment against a US publicly listed company with offshore subsidiaries)

4. *Recker et al v. Sino Clean Energy Inc.* (Nevada 2nd Judicial District Court, DCJ Robb Case # CV14-00484, Appointment Date May 12, 2014) (Receivership to manage the affairs of publicly-listed energy company with offices in China and the US. Since appointment, the stock has increased 150% on Nasdaq)

5. *Pope Investments, LLC v. Shengtai Pharmaceutical, Inc.* (Delaware Chancery Court, Master LeGrow, Case # 9122-ML, Appointment Date April 3, 2014) (judgment against US publicly-listed company with Hong Kong subsidiary)

6. *Pope Investments LLC v. Pacificnet, Inc.* (Delaware Chancery Court, VC Laster, Case # 9586-VCL, Appointment Date May 27, 2014) (Receiver over a publicly held gaming company)

7. *Ace Investors, LLC v. Rubin* (US District Court, SDNY, Judge Marrero, Case # 13 CV 1373, Appointment Date April 25, 2013) ($8m judgment against a private real estate trust)

8. *In re Stillwater Asset Backed Offshore Fund Ltd.* (US Bankruptcy Court, SDNY, Judge Gropper, Case # 12-14140 (ALG), Appointment Date April 1, 2014) (This is an appointment by the bankruptcy court as special investigator for the unsecured creditors committee)

9. *In re Trillion Growth China LP v. NIVS Intellimedia Technology Group Inc.* (Delaware Chancery Court, Master LeGrow, Case # 9226-ML, Appointment Date September 11, 2014) (Multi-million dollar judgment against a China-based technology company previously listed on Nasdaq)