UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   15cv3435 (DLC)
GEORGE TOWN ASSOCIATES S.A.,             :
                                         :   ORDER
                    Plaintiff,           :
                                         :
         -v-                             :
                                         :
ABAKAN, INC. and MESOCOAT, INC.,         :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On August 14, 2015, following an evidentiary hearing, the plaintiff's motion to hold the defendants in contempt and to appoint a receiver was granted. On August 17, the parties submitted letters regarding the form and content of the order appointing a receiver. The parties disputed, inter alia, whether the defendants were obligated to pay the plaintiff's fees and costs. It is hereby

ORDERED that the plaintiff shall submit any request for fees and costs wherein the plaintiff explains the basis for its request, specifies the amount sought, and justifies the fees and costs sought as reasonable, by **August 28, 2015**.

IT IS FURTHER ORDERED that the defendants' opposition, if any, shall be served by **September 4, 2015**.

IT IS FURTHER ORDERED that the plaintiff's reply, if any, shall be served by **September 11, 2015**. At the time any reply is

served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 17, 2015

_____
DENISE COTE
United States District Judge