

# GOETZ FITZPATRICK LLP
Attorneys at Law     www.goetzfitz.com
One Penn Plaza, New York, NY 10119 | (T) 212-695-8100 | (F) 212-629-4013

Douglas Gross
dgross@goetzfitz.com

August 20, 2015

Abakan, Inc.
2665 Bayshore Drive, Suite 450
Miami, Florida 33133

MesoCoat, Inc.
24112 Rockwell Drive
Euclid, Ohio 44117

    Re:     **George Town Associates S.A. – Notice of Secured Loan to MesoCoat, Inc.**

To Whom It May Concern:

    Pursuant to the Order of the Honorable Denise Cote, U.S.D.J., of August 18, 2015, we hereby notify the parties that subsequent to the expiration of seven (7) days from the date of this Notice, George Town and MesoCoat intend to enter into a senior secured loan of up to $500,000. This borrowing shall not supersede or otherwise impair or affect George Town's previous loan to MesoCoat.

    Robert W. Seiden, the duly-authorized and Court-appointed Receiver over MesoCoat, shall execute and bind MesoCoat as borrower. True and correct copies of the promissory note and companion security agreement are annexed hereto.

                            Respectfully yours,

                            GOETZ FITZPATRICK LLP

                            By: /s/ *Douglas Gross*
                                 Douglas Gross

DG/mr
Enclosures

cc:     Honorable Denise Cote, U.S.D.J. (via ECF)
        Steven Rosenfeld, Esq. (via e-mail)
        Adam Lamb, Esq. (via e-mail)