UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   15cv3435 (DLC)
GEORGE TOWN ASSOCIATES S.A.,             :
                                         :   ORDER
              Plaintiff,                 :
                                         :
         -v-                             :
                                         :
ABAKAN, INC. and MESOCOAT, INC.,         :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

The Court has reviewed the parties' letters of August 20, August 26, and August 28, 2015, regarding the Receiver's authority to take out a $500,000 loan from George Town Associates, S.A. on behalf of Mesocoat, Inc. For the reasons stated on the record at the telephone conference of August 31, 2015, it is hereby

ORDERED that the Receiver is authorized to take out a loan of $500,000 from George Town Associates, S.A. on behalf of Mesocoat, Inc.

IT IS FURTHER ORDERED that if Abakan, Inc. provides funds to Mesocoat, Inc. by Thursday, September 3, at 11:00 a.m. EDT, the amount of debt that the Receiver is authorized to take out on behalf of Mesocoat, Inc. shall be reduced by the amount of those funds.

Dated: New York, New York
August 31, 2015

_____
DENISE COTE
United States District Judge