```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    15cv3435 (DLC)
GEORGE TOWN ASSOCIATES S.A.,          :
                                      :         ORDER
                Plaintiff,            :
                                      :
       -v-                            :
                                      :
ABAKAN, INC. and MESOCOAT, INC.,      :
                                      :
                Defendants.           :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 24, 2015, the Court held a conference with George Town Associates, S.A. ("George Town") and Abakan, Inc. ("Abakan"). For the reasons stated on the record at the September 24 conference, it is hereby

ORDERED that Abakan shall, on Tuesday, September 29, submit to George Town proposed names for a receiver to replace Robert Seiden.

IT IS FURTHER ORDERED that, after conferring with George Town, Abakan shall submit the names and qualifications of its proposed replacement receivers to the Court on Wednesday, September 30.

IT IS FURTHER ORDERED that on Friday, October 2, at 10:00 a.m. EDT, both parties shall appear for a conference in Courtroom 15B, 500 Pearl Street.

Dated:   New York, New York
         September 24, 2015

                                  _____
                                           DENISE COTE
                                   United States District Judge