# EXHIBIT C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:15-MC-23445-MARTINEZ/GOODMAN

GEORGE TOWN ASSOCIATES S.A.,

    Plaintiff,

v.

ABAKAN, INC. and
MESOCOAT, INC.,
    Defendants.
_____/

## **BREAK ORDER**

    Plaintiff/Judgment Creditor filed a Motion for Entry by U.S. Marshals in Aid of Execution. [ECF No. 20]. United States District Judge Jose E. Martinez referred the motion to the Undersigned. [ECF No. 22]. The Undersigned **ORDERS** as follows:

    1. The Court **grants** Plaintiff/Judgment Creditor's Motion for Entry by U.S. Marshals in Aid of Execution.

    2. The U.S. Marshals Service shall be fully authorized to enter the business premises of the Defendant/Judgment Debtor, ABAKAN, INC., located at 2665 Bayshore Drive, Suite 450, Miami, Florida 33133, and shall use whatever force is necessary to locate, levy, inventory, remove and store the following personal property:

*All furniture, fixtures, computers inventory, and all other goods, chattels, tangible personal property of Judgment Debtor, Abakan, Inc., located at 2665 Bayshore Drive, Suite 450, Miami, Florida 33133.*

*All certificates of stock owned or held by the Judgment Debtor, including but not limited to MesoCoat, Inc., and Powdermet, Inc.*

3. The U.S. Marshals Service will not be liable for any damage incurred to the property in execution of this Order.

**DONE** and **ORDERED** in Chambers, in Miami, Florida, on September 21, 2015.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
The Honorable Jose E. Martinez
All Counsel of Record
U.S. Marshals Service

2