**United States District Court, Southern District of New York**

* * * * *

|  |  |
|---|---|
| GEORGE TOWN ASSOCIATES S.A., | CASE NO.:  1:15-CV-03435-DLC |
| Plaintiffs, | |
| | **STATUS REPORT REGARDING THE RECEIVERSHIP'S ACTIVITIES FROM OCTOBER 31, 2015 TO DECEMBER 9, 2015** |
| v. | |
| ABAKAN, INC. and MESOCOAT, INC., | |
| Defendants. | |

NOW COMES, ROBERT W. SEIDEN, ESQ (the "Receiver"), as the Court-Appointed Receiver over Abakan, Inc. ("Abakan"), and MesoCoat, Inc. ("MesoCoat"). The Receiver respectfully submits this third status report and accounting to provide a further update on the receivership's activities between October 31, 2015 and December 10, 2015 (the "Report Period").

Since the appointment of the Receiver, the Receiver has, among other things, done the following in order to fulfill the requirements of the Orders of the Court:

1. The Receiver and his staff are continuing to have ongoing communication with the key management of MesoCoat, ensuring that the company's day-to-day operations continue unabated and that payroll and other necessary expenses have been met and obligations have been properly tended to in the ordinary course of business.

2. The Receiver and his staff are continuing to manage the process of identifying immediate/emergent expenditures/liabilities of MesoCoat, as well as an orderly and effective approval of payment process that has been in place since the filing of the last report.

3. The Receiver and his financial staff are continuing to review and analyze current and projected financial information provided by MesoCoat and chief accountant Nicholson, including lists of accounts receivable, accounts payable, loan payment schedules, payroll obligations, as well as obligations to the state of Ohio and with the Mexican subsidiary. The Receiver has worked with management to craft a realistic cash flow projection and to pay bills and ensure obligations are being handled properly.

4. The Receiver and his staff are continuing to work with current management to develop and implement a viable and cost-effective plan to pay down accounts payable, including contacting MesoCoat's outside vendors to negotiate a reduction of the amount owed. These efforts have been successful thus far, with most vendors agreeing to reduce the amount MesoCoat owes. This has resulted in an approximate 20% reduction in MesoCoat's debt owed to these cooperating vendors. The Receiver's staff has also been working to identify and contact Abakan's holders of debt and vendors/payables. This is a much more difficult process in light of the fact that Abakan has no cash flow or source of income. There may be a point in the near future that the Receiver will seek guidance from the Court in this regard, including the possible need for the Receiver to exercise the authority the Court granted in provision 4(d) of the Court's September 24, 2015 Order relating to selling or leasing assets of Abakan in order to pay necessary expenses.

5. Abakan has several continued and ongoing obstacles that the Receiver and his team are working to overcome, including substantial outstanding liabilities in excess of $9 million dollars and growing, outstanding legacy lawsuits, an active investigation by the SEC, certain creditor filing an involuntary bankruptcy in Florida, and requests for production of various materials and information from the Receiver. In this regard, the Receiver has communicated with the various individuals involved with the issues to maintain the status quo and to hold off any drastic actions by managing the affairs of Abakan despite receiving little to no cooperation from prior management and having little to no funds or resources available.

6. As the court is aware, on November 5, 2015, a minority of Abakan and MesoCoat's unsecured creditors filed an involuntary bankruptcy petition in the United States Bankruptcy Court for the Southern District of Florida. Shortly thereafter, the judge ruled that the automatic stay did not immediately arise upon the filing of an involuntary petition. Secured creditors George Town and Sonoro meanwhile argued that the petition was filed in bad faith in their Motion to Dismiss, or in the alternative have the Abakan case converted into Chapter 7 liquidation. In furtherance of Your Honor's Order, the Receiver has engaged bankruptcy counsel to address issues surrounding the involuntary filing.

7. The Receiver and his staff have continued to ensure assets of Abakan and MesoCoat are preserved.

2

4819-9839-3187.1

8. The Receiver and his staff have continued to work on a daily basis with the CFO and current chief accounting officer and his assistant to pay various emergency expenses, including bi-monthly payroll, employee health insurance premiums, 401k contributions, utility bills, patent costs and raw material costs. The Receiver and his staff have continued to work closely with current MesoCoat management to continue to grow the company on a steady path to financial stability.

9. The Receiver has reviewed and analyzed the prior versions of George Town's proposed Satisfaction of Debt document. The Receiver and his lawyers have had several calls, emails and meetings with interested parties and their counsel. Based on the Receiver's analysis of the proposal and his communications with these interested parties, the Receiver has requested that George Town make several material changes to the proposed agreement. George Town has agreed to these changes and yesterday it submitted a revised proposed agreement to the Court for its consideration.

10. The Receiver continues to coordinate with MesoCoat management and its outside patent attorney with regards to foreign country patent findings.

11. The Receiver continues to coordinate with the outside insurance carrier with regard to ongoing claims made on behalf of parent Abakan as well as with the former CFO of Abakan.

12. The Receiver has engaged in negotiations with outside CPA auditing firm with regards to the filing of the current 10Q and balances owed to them. Unfortunately, Abakan does not have sufficient funds to engage the auditing firm. We have consulted with legal counsel and notified the SEC of this shortfall.

13. The Receiver and his counsel will attend the December 16th fairness hearing and, of course, the Receiver is available at any time to respond to any request or inquiry from the Court or any of the parties.

14. The Receiver has attached MesoCoat's current Balance Sheet and Income Statement to this Report. The Receiver is also attaching Abakan's unaudited Balance Sheet as well as its Accounts Payable and Notes Payable List as provided by the former CFO of Abakan. These Abakan financials are the most recent records that the Receiver has received.

DATED:  December 10, 2015

Respectfully submitted,

Robert W Seiden, Esq.,
Court Appointed Receiver for MesoCoat, Inc. and Abakan, Inc.
1120 Avenue of the Americas, 4th FL
New York, NY 10036
212-626-6708

3

4819-9839-3187.1

**MesoCoat, Inc.**
# Balance Sheet
### As of December 10, 2015

|  | Dec 10, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100-1 · Fifth Third - Checking-2939 | 84.36 |
| 100-2 · Chase Bank | -14,203.27 |
| 100-4 · Huntington Checking-9625 | 499.16 |
| **Total Checking/Savings** | -13,619.75 |
| | |
| **Accounts Receivable** | |
| 110 · Accounts Receivable | 96,655.09 |
| **Total Accounts Receivable** | 96,655.09 |
| | |
| **Other Current Assets** | |
| 120-1 · Deposits/Retainers | -9,022.80 |
| 120-3 · Other Prepaids | 2,669.09 |
| 120-5 · Intercompany - Mesocoat Canada | |
| 120-5A · Intercompany - Mesocoat Tech US | 1,464,845.00 |
| 120-5 · Intercompany - Mesocoat Canada - Other | 1,955.00 |
| **Total 120-5 · Intercompany - Mesocoat Canada** | 1,466,800.00 |
| | |
| 120-6 · Intercompany - Mesocoat Mexico | 33,750.00 |
| 121-00 · Inventory | 34,560.00 |
| **Total Other Current Assets** | 1,528,756.29 |
| | |
| **Total Current Assets** | 1,611,791.63 |
| | |
| **Fixed Assets** | |
| 125 · Fixed Assets | |
| 125-1 · Computer Equipment | 22,405.25 |
| 125-2 · Office Furniture & Fixtures | 9,119.47 |
| 125-3 · Machinery & Equipment | 3,509,330.71 |
| 125-4 · Leasehold Improvements | 54,177.44 |
| 125-5 · Land - Building 3 | 440,000.00 |
| 125-6 · Building | 539,549.03 |
| 127 · WIP | |
| 127-10 · Elnik Hydrogen Annealer | 60,670.27 |
| 127-11 · Building #3 | |
| 127-11n · Building # 3 - Phase II | 11,599.58 |
| 127-11o · Building # 3 - Phase II-Labor | 153,734.47 |
| 127-11 · Building #3 - Other | 112.65 |
| **Total 127-11 · Building #3** | 165,446.70 |
| | |
| 127-13 · Plasma ARC Lamp | |
| 127-13g · 127-13g PSU Darrah-Salary | 14,164.82 |
| 127-13b · Power Supply -Darrah | 87,713.95 |
| 127-13c · ID Lamp Head-200mm | |

# MesoCoat, Inc.
# Balance Sheet
## As of December 10, 2015

|  | Dec 10, 15 |
|---|---|
| 127-13h · 127-13h ELID 200-Salary | 40,337.93 |
| 127-13c · ID Lamp Head-200mm - Other | 22,124.08 |
| Total 127-13c · ID Lamp Head-200mm | 62,462.01 |
|  |  |
| 127-13f · Vortek F/A # 167 |  |
| 127-13i · 127-13i Vortek - Salary | 2,098.39 |
| 127-13f · Vortek F/A # 167 - Other | 49,333.50 |
| Total 127-13f · Vortek F/A # 167 | 51,431.89 |
|  |  |
| Total 127-13 · Plasma ARC Lamp | 215,772.67 |
|  |  |
| 127-13j · Lamp Spares | 63,595.00 |
| 127-13l · Quincy Compressor QSI-235 | 105.00 |
| 127-13p · 40' Coating System Cart | 7,371.52 |
| 127-13q · 40' Fusion Cart | 23,080.31 |
| 127-13r · Niro Spray Dryer | 7,077.50 |
| 127-13s · Across Furnace # 2 FA # 196 | 22,267.95 |
| 127-16 · EDM Machine-BLDG 3 | 2,400.61 |
| 127-19a · Mowry M5024 AVS Sintering Furna | 147,857.42 |
| 127-19b · Ingalls M5046 AVS Vacuum Furnan | 39,676.59 |
| 127-19d · Attritor 100S Mill | 10,352.96 |
| 127-19g · Material Handling Equipment | 12,618.38 |
| 127-19h · Dust Collector Misc | 8,148.54 |
| 127-19i · Evaporative Cooler | 10,452.56 |
| 127-19k · CMX DPX-6L Double Planetary Mix | 10,159.44 |
| 127-19m · 200 Compressor | 313.88 |
| 127-19o · Spray Booth System | 2,475.38 |
| 127-23 · Building # 4 |  |
| 127-23a · Building # 4 Capitalized Labor | 3,494.01 |
| 127-23b · Building # 4 | 22,584.87 |
| 127-23 · Building # 4 - Other | 1,132.46 |
| Total 127-23 · Building # 4 | 27,211.34 |
|  |  |
| 127-28 · Drake Chiller 100 Ton | 37,477.34 |
| Total 127 · WIP | 874,531.36 |
|  |  |
| 130 · Accumulated Depreciation |  |
| 130-1 · Accum Depr - Computer Equipment | -15,972.78 |
| 130-2 · Accum Depr - Office Furniture | -8,634.59 |
| 130-3 · Accum Depr - Machinery & Equip | -1,375,206.40 |
| 130-4 · Accum Amort - Leasehold Improv | -46,380.16 |
| 130-6 · Accum Depr - Building | -2,043.75 |
| Total 130 · Accumulated Depreciation | -1,448,237.68 |
|  |  |
| Total 125 · Fixed Assets | 4,000,875.58 |

**MesoCoat, Inc.**
# Balance Sheet
## As of December 10, 2015

|  | Dec 10, 15 |
|---|---:|
| **Total Fixed Assets** | 4,000,875.58 |
|  |  |
| **Other Assets** |  |
|   **135 · Other Assets** |  |
|     **135-1 · Intellectual Technology** |  |
|       **135-1.2 · IP-Batelle Licensing** | 2,979.60 |
|       **135-1.3 · IP-MESO0102PCT "Clad"** | 56,306.71 |
|       **135-1.4 · IP-US2010/23097** | 5,079.00 |
|       **135-1.6 · IP-Coat,Comp&Meth Hardface-NonS** | 43,411.46 |
|       **135-1.7 · IP-Nanocomposite Overlay** | 73,839.51 |
|       **135-1.8 · Mat/AP/Meth Additive Prod LAAMP** | 861.50 |
|       **135-1.9 · IP-Ternary Cerm Thermal PComp M** | 14,761.50 |
|       **135-1 · Intellectual Technology - Other** | 143,381.37 |
|     **Total 135-1 · Intellectual Technology** | 340,620.65 |
|  |  |
|     **135-2 · Deferred Finance Costs** | 8,573.12 |
|     **135-5 · Deferred Loan Cost - IOLF** | 16,676.15 |
|     **140 · Accumulated Amortization** |  |
|       **140-1 · Accum Amort - Technology** | -82,636.46 |
|       **140-4 · Accum Amort - Def Ln Cost IOLF** | -6,079.85 |
|     **Total 140 · Accumulated Amortization** | -88,716.31 |
|  |  |
|     **140-2 · Accum Amort - Deferred Finance** | -8,573.12 |
|   **Total 135 · Other Assets** | 268,580.49 |
|  |  |
| **Total Other Assets** | 268,580.49 |
|  |  |
| **TOTAL ASSETS** | **5,881,247.70** |
|  |  |
| **LIABILITIES & EQUITY** |  |
|   **Liabilities** |  |
|     **Current Liabilities** |  |
|       **Accounts Payable** |  |
|         **200 · Accounts Payable** | 698,054.80 |
|       **Total Accounts Payable** | 698,054.80 |
|  |  |
|       **Other Current Liabilities** |  |
|         **205-1 · Gross Wage Pass-Thru (Pay Ck #)** | 26,096.51 |
|         **205-2 · Child Support Pass Thru** | 430.75 |
|         **207 · 401K Liability** | 2,199.41 |
|         **215 · Accruals** |  |
|           **215-1 · Accrued Workers Comp Insurance** | -2,835.20 |
|           **215-3 · Accrued Vacation** | 16,541.77 |
|           **215-5 · Accrued State/Local Income Tax** | 75.00 |
|           **215-6 · Accrued Vol EE Repay Benefits** | -12,024.33 |

# MesoCoat, Inc
## Balance Sheet
### As of December 10, 2015

| | Dec 10, 15 |
|---|---|
| 215-7 · Accrued Real Estate Taxes | 4,245.93 |
| **Total 215 · Accruals** | 6,003.17 |
| | |
| **Total Other Current Liabilities** | 34,729.84 |
| | |
| **Total Current Liabilities** | 732,784.64 |
| | |
| **Long Term Liabilities** | |
| 220 · Long Term Liability | |
| 220-2 · Magnet-Cuy Co Develop Loan | 26,726.68 |
| 220-9 · Olympus - OmniScan MX2 | 5,582.55 |
| 220-10 · CAT Lease | 69,543.71 |
| 220-11 · IOLF Note Payable | 896,671.28 |
| 220-12 · Huntington Bank 150K Note | 89,760.77 |
| 220-14 · Accrued Legal & Dev - Mattson | 240,611.00 |
| 220-18 · Note Payable - Court Receiver | 423,274.51 |
| Total 220 · Long Term Liability | 1,752,170.50 |
| | |
| **Total Long Term Liabilities** | 1,752,170.50 |
| | |
| **Total Liabilities** | 2,484,955.14 |
| | |
| **Equity** | |
| 225-1 · Common Stock | 4,362.34 |
| 225-3 · Additional Paid In Capital | |
| 225-3.1 · APIC-Warrants/Options | 189,241.44 |
| 225-3.2 · Additional Paid in Capital-ABAK | 10,366,437.67 |
| 225-3.3 · APIC - Cancelled Stock Options | 6,268.78 |
| 225-3 · Additional Paid In Capital - Other | 116,843.15 |
| Total 225-3 · Additional Paid In Capital | 10,678,791.04 |
| | |
| 225-4 · Retained Earnings | -10,047,505.31 |
| 225-5 · Stock Issuable | |
| 225-5A · Stock Issuable-Direct Pay ABKI | 376,147.31 |
| 225-5B · Stock Issuable - MST Canada | 93,990.00 |
| 225-5C · Stock Repurchase for Notes, A/P | 1,024,858.39 |
| 225-5D · Stock Issuable - MST Mexico | 33,750.00 |
| 225-5 · Stock Issuable - Other | 2,381,621.26 |
| Total 225-5 · Stock Issuable | 3,910,366.96 |
| | |
| Net Income | -1,149,722.47 |
| **Total Equity** | 3,396,292.56 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 5,881,247.70 |

# MesoCoat, Inc.
# Profit & Loss
### June 1 through December 10, 2015

| | Jun 1 - Dec 10, 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **230 · Revenue** | |
| **230-1 · Commercial** | 114,614.00 |
| **230-2 · Government** | |
| **230-5 · Other Government Revenue** | 87,618.04 |
| **Total 230-2 · Government** | 87,618.04 |
| | |
| **Total 230 · Revenue** | 202,232.04 |
| | |
| **235 · Other Income** | |
| **235-2 · Interest Income** | 1.55 |
| **Total 235 · Other Income** | 1.55 |
| | |
| **Total Income** | 202,233.59 |
| | |
| **Cost of Goods Sold** | |
| **300 · Cost of Contracts** | |
| **300-01 · Direct Labor** | 58,936.19 |
| **300-04 · Materials** | 7,575.35 |
| **300-05 · Other Direct Costs** | 9,127.80 |
| **300-06 · Subcontracts** | 15,000.00 |
| **Total 300 · Cost of Contracts** | 90,639.34 |
| | |
| **Total COGS** | 90,639.34 |
| | |
| **Gross Profit** | 111,594.25 |
| | |
| **Expense** | |
| **66900 · Reconciliation Discrepancies** | -5.37 |
| **400 · Fringe Benefits** | |
| **400-19 · SEVERANCE** | 20,440.80 |
| **400-01 · FICA/Medicare** | 54,437.11 |
| **400-02 · FUTA** | 178.80 |
| **400-04 · SUTA** | 1,147.00 |
| **400-05 · Medical/Ancillary Insurance** | |
| **400-05A · Hospitalization** | 34,287.30 |
| **400-05B · Group, Disability, Vol D&V** | 3,028.13 |
| **Total 400-05 · Medical/Ancillary Insurance** | 37,315.43 |
| | |
| **400-06 · Vacation** | 20,031.17 |
| **400-07 · Sick Leave** | 7,713.05 |
| **400-08 · Holiday** | 19,184.80 |
| **400-09 · 401(K) Match - Employer** | 11,840.54 |
| **400-11 · Workers' Comp Insurance** | 5,509.24 |
| **400-13 · Employee Benefits** | 1,590.93 |

**MesoCoat, Inc.**
# Profit & Loss
### June 1 through December 10, 2015

|  | Jun 1 - Dec 10, 15 |
|---|---|
| **400-14 · Recruiting Benefits** |  |
| 400-14a · Immigration | 32.98 |
| 400-14 · Recruiting Benefits - Other | 199.25 |
| **Total 400-14 · Recruiting Benefits** | 232.23 |
|  |  |
| **400-15 · Employee Morale** | 710.83 |
| **400-17 · Employee Bonus** | 240.94 |
| **Total 400 · Fringe Benefits** | 180,572.87 |
|  |  |
| **410 · Facilities** |  |
| **410-01 · Information Technology** |  |
| 410-01b · IT Software/Subscriptions | 2,385.01 |
| **Total 410-01 · Information Technology** | 2,385.01 |
|  |  |
| **410-02 · Depreciation & Amortization** |  |
| 410-021 · Depreciation | 144,660.44 |
| 410-022 · Amortization | 5,330.32 |
| **Total 410-02 · Depreciation & Amortization** | 149,990.76 |
|  |  |
| **410-03 · Equipment/Furniture Lease** | 553.50 |
| **410-04 · Insurance** | 545.87 |
| **410-05 · Rent** | 94,500.00 |
| **410-06 · Office Supplies** |  |
| 410-06A · Office Supplies | 310.33 |
| 410-06B · Facility / Internal Janitorial | 981.77 |
| **Total 410-06 · Office Supplies** | 1,292.10 |
|  |  |
| **410-07 · Phone** | 7,616.20 |
| **410-08 · Postage & Shipping** |  |
| 410-08A · Shipping Samples | 1,699.62 |
| 410-08 · Postage & Shipping - Other | 1,116.68 |
| **Total 410-08 · Postage & Shipping** | 2,816.30 |
|  |  |
| **410-09 · Utilities** |  |
| 410-09A · Electric | 74,688.24 |
| 410-09B · Gas | 525.89 |
| 410-09C · Water & Sewer | 994.40 |
| **Total 410-09 · Utilities** | 76,208.53 |
|  |  |
| **410-11 · Janitorial, Trash External Vend** | 839.74 |
| **410-13 · Property Tax** | -4,041.38 |
| **410-15 · Security** | 4,013.78 |
| **Total 410 · Facilities** | 336,720.41 |
|  |  |
| **420 · Indirect Support** |  |

**MesoCoat, Inc.**
# Profit & Loss
## June 1 through December 10, 2015

|  | Jun 1 - Dec 10, 15 |
|---|---|
| **420-01 · Salaries** | |
|     **420-01A · Samples Salaries** | 359.50 |
|     **420-01 · Salaries - Other** | 105,990.35 |
| **Total 420-01 · Salaries** | 106,349.85 |
| | |
| **420-02 · Analytical Supplies** | 1,505.18 |
| **420-06 · Repairs & Maint-Equipt/Process** | |
|     **420-06A · Misc. Equipment** | |
|         **4206A4 · Quincy Compressor** | 1,996.22 |
|         **420-06A · Misc. Equipment - Other** | 934.68 |
|     **Total 420-06A · Misc. Equipment** | 2,930.90 |
| | |
|     **420-06B · Pcomp Equipment** | |
|         **4206B1 · Chiller** | 724.68 |
|         **4206B2 · Water Cooling Pump / Furnace** | 782.07 |
|         **4206B3 · Beech Ross Vac Pump** | 956.63 |
|         **4206B4 · Sweco-Small** | 1,674.75 |
|         **4206B5 · Across Furnace** | 1,752.58 |
|         **4206B6 · Large Sweeco 48"** | 766.87 |
|         **4206B7 · Attritor 10S** | 1,771.63 |
|         **4206B8 · CVD RIG** | 487.03 |
|         **4206B9 · Solvent Recovery** | 1,043.22 |
|         **4206B11 · Carbon Furnace** | 150.00 |
|         **4206B12 · Niro Spray Dryer** | 31,397.31 |
|         **4206B14 · Bldg 37 Chiller** | 2,654.11 |
|         **4206B15 · Compressor - SSR75EP Bldg 37** | 732.40 |
|         **4206B16 · Compressor - Quincy QSI-325 #1** | 1,943.39 |
|         **4206B17 · Niphous Equipment** | 377.26 |
|     **Total 420-06B · Pcomp Equipment** | 47,213.93 |
| | |
|     **420-06C · CermaClad Equipment** | |
|         **4206C1 · 40' Coating Syst Cart** | 3,163.36 |
|         **4206C2 · 40' Fusion Cart** | 1,818.00 |
|         **4206C3 · Blaster/Blasting System** | 1,080.38 |
|         **4206C5 · Drake Chiller 100 ton** | 622.38 |
|         **4206C6 · Short ID Fusion Cart** | 29.57 |
|         **4206C7 · Compressor - Quincy QSI325 # 2** | 164.50 |
|         **4206C9 · CAT Lamp** | 261.92 |
|         **4206C10 · Process # 2 Pump** | 24.60 |
|     **Total 420-06C · CermaClad Equipment** | 7,164.71 |
| | |
|     **420-06D · Thermal Spray Equipment** | |
|         **4206D1 · DJ Gun** | 67.34 |
|         **4206D2 · JP Gun** | 23,690.61 |
|     **Total 420-06D · Thermal Spray Equipment** | 23,757.95 |

# MesoCoat, Inc.
## Profit & Loss
### June 1 through December 10, 2015

| | Jun 1 - Dec 10, 15 |
|---|---|
| **420-06 · Repairs & Maint-Equipt/Process - Other** | 8,459.78 |
| **Total 420-06 · Repairs & Maint-Equipt/Process** | 89,527.27 |
| | |
| **420-07 · HS & Q** | |
| **420-07a · HS&Q - Salary** | 56,904.17 |
| **420-07 · HS & Q - Other** | 1,123.31 |
| **Total 420-07 · HS & Q** | 58,027.48 |
| | |
| **420-09 · Processing Gases** | 1,474.73 |
| **420-10 · Demurrage** | 6,144.60 |
| **420-12 · Expendable Shop Supplies** | 7,403.83 |
| **420-14 · Research & Development** | |
| **420-14D · P-200 Salary** | 84,684.85 |
| **420-14C · P-200 Other Direct Costs** | 28,486.50 |
| **421101A · P-101 625 CRA-ODC** | 5,957.36 |
| **421101B · P-101 625 CRA-Salary** | 111,559.50 |
| **421102B · P-102 WR Dev - Salary** | 5,844.62 |
| **421107B · P-107 Lamp Development - Salary** | 2,735.67 |
| **421108A · P-108 Akron Eq Install-ODC** | 491.31 |
| **421108B · P-108 Akron Eq Install - Salary** | 9,828.36 |
| **421109A · P-109 Canada Eq Install ODC** | 14,630.93 |
| **421109B · P-109 Canada Eq Install  Salary** | 45,790.87 |
| **421109C · P-109 Canada Cart L/M** | 19,285.62 |
| **421110A · P-110 Taiwanese ODC** | 2,994.47 |
| **421110B · P-110 Taiwanese Salary** | 19,096.45 |
| **Total 420-14 · Research & Development** | 351,386.51 |
| | |
| **420-18 · Consultants** | 935.00 |
| **Total 420 · Indirect Support** | 622,754.45 |
| | |
| **430 · Sales & Marketing** | |
| **430-04 · Consultants** | 4,000.00 |
| **430-06 · Travel** | |
| **430-6A · Airfare** | 4,468.28 |
| **430-6B · Hotel Charge** | 2,886.47 |
| **430-6F · Mileage** | 490.00 |
| **Total 430-06 · Travel** | 7,844.75 |
| | |
| **430-07 · Supplies** | 1,198.80 |
| **Total 430 · Sales & Marketing** | 13,043.55 |
| | |
| **440 · Finance & Administration** | |
| **440-01 · Salaries** | 48,176.48 |
| **440-02 · Accounting/Audit Fees** | 2,012.10 |
| **440-03 · Bank Charges** | 12,968.95 |

# MesoCoat, Inc.
## Profit & Loss
### June 1 through December 10, 2015

|  | Jun 1 - Dec 10, 15 |
|---|---|
| 440-04 · Consultants | 19,748.20 |
| 440-05 · Legal Fees | 2,573.13 |
| 440-06 · Licenses, Fee & Permits | 125.00 |
| 440-07 · Payroll Service | 1,645.89 |
| 440-12 · Business Expenses/Meals | 4,299.79 |
| 440-15 · Board of Directors Expense | 800.00 |
| Total 440 · Finance & Administration | 92,349.54 |
|  |  |
| 455 · Unallowables |  |
| 455-02 · Interest Expense | 16,508.11 |
| Total 455 · Unallowables | 16,508.11 |
|  |  |
| 6560 · Payroll Expenses | 0.00 |
| Total Expense | 1,261,943.56 |
|  |  |
| Net Ordinary Income | -1,150,349.31 |
|  |  |
| Other Income/Expense |  |
| Other Income |  |
| 235-5 · Other Income (Expense) | 626.84 |
| Total Other Income | 626.84 |
|  |  |
| Net Other Income | 626.84 |
|  |  |
| Net Income | -1,149,722.47 |

# Abakan Inc.
## Balance Sheet
### As of August 31, 2015

<mark>DRAFT - NOT FINAL</mark>

|  | Total | |
|---|---|---|
|  | **2015** | **2015 (PP)** |
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **100000 Cash and cash equivalents** | | |
| 106550 Wells Fargo #5868099440 | 17.34 | 924.34 |
| 106610 Chase #636762630 | 20,528.87 | 94.14 |
| **Total 100000 Cash and cash equivalents** | $ 20,546.21 | $ 1,018.48 |
| **Total Bank Accounts** | $ 20,546.21 | $ 1,018.48 |
| **Other current assets** | | |
| **12990 Due from Powdermet** | 600,000.00 | |
| **13000 Prepaid Expenses** | | |
| 130111 Prepaid Expense - Cool Grove | 2,491.30 | |
| 130200 Prepaid - Moneyventions Inc. | 0.00 | 4,786.00 |
| 133320 Prepaid - OTC Market Group Inc. | 625.00 | 2,500.00 |
| 133590 Prepaid - Hall, Lamb and Hall PA | 17,798.65 | 18,961.57 |
| 134201 Prepaid - MLV & Co. | 15,000.00 | |
| 134203 Prepaid - Moscowitz & Moscowitz | 10,000.00 | |
| 134204 Prepaid - Law Office of David Chase | 12,500.00 | |
| 134300 Prepaid - Robert Miller | (10,722.69) | (29,994.23) |
| **Total 13000 Prepaid Expenses** | $ 47,692.26 | $ (3,746.66) |
| **Total Other current assets** | $ 647,692.26 | $ (3,746.66) |
| **Total Current Assets** | $ 668,238.47 | $ (2,728.18) |
| **Fixed Assets** | | |
| **182000 Computer Equipment (net)** | | |
| 182001 Computer Equipment (cost) | 22,081.40 | 22,081.40 |
| 182500 Computer Equip - Accum Depreciation | (22,081.40) | (22,081.40) |
| **Total 182000 Computer Equipment (net)** | $ - | $ - |
| **183000 Furniture & Fixtures** | | |
| 183010 Furniture & Fixtures (cost) | 533.93 | 533.93 |
| 183020 Furniture & Fixtures - Accum Dep | (533.93) | (533.93) |
| **Total 183000 Furniture & Fixtures** | $ - | $ - |
| **Total Fixed Assets** | $ - | $ - |
| **Other Assets** | | |
| **165500 Investment - MesoCoat Inc.** | 15,378,432.39 | 13,796,531.15 |
| **165525 Investment - Mesocoat Technologies Canada** | 0.00 | 0.31 |
| **165530 Investment - Powdermet Inc.** | 447,761.02 | 2,292,551.02 |
| **165550 Investment - AMP Distributors Inc. SEZC** | 223,225.33 | 223,146.05 |
| **165600 Investment - AMP Distributors Inc. (Florida)** | 121,627.50 | 121,627.50 |
| **166000 Assignment Agreement - MesoCoat** | | |
| 166020 Assignment Agreement - MesoCoat | 250,000.00 | 250,000.00 |
| 166030 Accum Amort - Assignment Agreement - MesoCoat | (128,287.35) | (118,418.94) |
| **Total 166000 Assignment Agreement - MesoCoat** | $ 121,712.65 | $ 131,581.06 |
| **185000 Intangible - Website Design (net)** | | |
| 185001 Intangible - Website design (cost) | 21,000.00 | 21,000.00 |
| 185100 Website design - accum amort | (21,000.00) | (21,000.00) |
| **Total 185000 Intangible - Website Design (net)** | $ - | $ - |
| **Total Other Assets** | $ 16,292,758.89 | $ 16,565,437.09 |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | $ | **16,960,997.36** | $ | **16,562,708.91** |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 210000 Accounts Payable | | 1,459,185.69 | 1,168,209.28 |
| **Total Accounts Payable** | $ | **1,459,185.69** | $ | **1,168,209.28** |
| **Other Current Liabilities** | | | |
| 210900 Accrued Liabilities | | | |
| 210910 Accrued Payroll Tax | | | |
| 211080 FIT Payable - J. Neukirchen | | 8,516.66 | 8,516.66 |
| 211090 Medicare Tax Payable - J. Neukirchen | | 1,740.00 | 1,740.00 |
| 211100 SOCSEC-ER J. Neukirchen | | 6,240.00 | 6,240.00 |
| 249400 Accrued Taxes | | 207,060.00 | 207,060.00 |
| **Total 210910 Accrued Payroll Tax** | $ | **223,556.66** | $ | **223,556.66** |
| 211101 Accrued Payroll & Benefits | | | |
| 211110 Wages Payable - J. Neukirchen | | 53,417.97 | 53,417.97 |
| 211120 Wages Payable - S. Goss | | 60,000.00 | 37,500.00 |
| 21125 Accrued Bonus | | 32,000.00 | |
| 249250 Accrued Vacation | | 0.00 | 0.00 |
| 249270 Accrued Vacation - J. Neukirchen | | 10,615.39 | 10,615.39 |
| 249290 Accrued Vacation - S. Goss | | 12,306.37 | 7,692.31 |
| **Total 249250 Accrued Vacation** | $ | **22,921.76** | $ | **18,307.70** |
| 249500 Accrued Employee Benefits (Auto) | | 10,500.00 | 10,500.00 |
| 249600 Accrued Employee Benefits (Health) | | 11,000.00 | 11,000.00 |
| **Total 211101 Accrued Payroll & Benefits** | $ | **189,839.73** | $ | **130,725.67** |
| **Total 210900 Accrued Liabilities** | $ | **413,396.39** | $ | **354,282.33** |
| 211400 Notes Payable | | | |
| 211480 NP - Costas M. Takkas | | 80,993.60 | 80,993.60 |
| 211520 NP - Maria D. Longo | | 15,000.00 | 15,000.00 |
| 211590 NP - Green Chip, SA | | 336,766.03 | 406,766.03 |
| 219450 NP - River Fish Holding | | 43,600.00 | 43,600.00 |
| 230900 NP - James Chew | | 19,350.00 | 19,350.00 |
| 231000 NP - Kosson Ventures | | 3,850.00 | 3,850.00 |
| 235201 NP - Ammon & Associates Inc. | | 60,000.00 | 60,000.00 |
| 236000 NP - George Town Associates SA | | 1,341,963.34 | 1,341,963.34 |
| 242500 NP - Chaco Holding SA | | 70,000.00 | 70,000.00 |
| 242700 NP - Ioannis Xynos | | 40,000.00 | 40,000.00 |
| 245500 NP - Costas M. Takkas 2 | | 26,684.72 | 26,684.72 |
| 245600 NP - Green Chip SA 2 | | 250,000.00 | 250,000.00 |
| 246100 NP - Gustavo & Alexandra Maz | | 21,307.73 | 21,307.73 |
| 246530 NP - John Xinos | | 30,867.00 | 30,867.00 |
| 246550 NP - Paul Ammon | | 30,000.00 | 30,000.00 |
| 246560 NP - Paul Ammon 2 | | 15,000.00 | 15,000.00 |
| 246570 NP - Paul Ammon 3 | | 20,000.00 | 20,000.00 |
| 246580 NP - Costas Takkas 3 | | 10,000.00 | 10,000.00 |
| 246590 NP - Warren Lydon | | 25,000.00 | 25,000.00 |
| 246591 NP - Green Chip 2 | | 60,000.00 | 59,950.00 |
| 246592 NP - Green Chip 3 | | 25,000.00 | 24,950.00 |
| 246593 NP - Costas Takkas 4 | | 5,500.00 | |
| **Total 211400 Notes Payable** | $ | **2,530,882.42** | $ | **2,595,282.42** |
| 2115001 NP - Accrued Interest | | 0.00 | 0.00 |
| 211481 NP (Interest) - Costas M. Takkas | | 8,608.54 | 6,932.24 |

| | | |
|---|--:|--:|
| 211521 NP (Interest) - Maria D. Longo | 2,439.99 | 2,133.33 |
| 211591 NP (Interest) - Green Chip SA | 51,759.13 | 44,874.14 |
| 219451 NP (Interest) - River Fish | 6,665.35 | 5,773.96 |
| 219551 NP (Interest) - Ammon & Associates | 3,740.00 | 2,820.00 |
| 230910 NP (Interest) - James Chew | 5,736.20 | 5,340.60 |
| 231100 NP (Interest) - Kosson Ventures | 1,077.15 | 998.44 |
| 236100 NP (Interest) - George Town Associates | 96,183.30 | 27,678.40 |
| 242600 NP (Interest) - Chaco Holding SA | 40,164.46 | 38,733.35 |
| 242710 NP (Interest) - Ioannis Xynos | 8,915.56 | 8,097.78 |
| 245510 NP (Interest) - Costas M. Takkas 2 | 6,355.39 | 5,127.90 |
| 245610 NP (Interest) - Green Chip SA 2 | 56,187.50 | 44,687.50 |
| 246500 NP (Interest) - Gustavo & Alexandra Maz | 5,145.83 | 4,165.67 |
| 246540 NP (Interest) - John Xinos | 7,790.50 | 6,370.61 |
| 246600 NP (Interest) - Paul Ammon | 1,060.01 | 446.67 |
| 246610 NP (Interest) - Paul Ammon 2 | 443.32 | 136.66 |
| 246620 NP (Interest) - Paul Ammon 3 | 339.99 | 33.33 |
| 246630 NP (Interest) - Costas Takkas 3 | 276.67 | 123.33 |
| 246640 NP (Interest) - Warren Lydon | 691.68 | 308.34 |
| 246650 NP (Interest) - Green Chip 2 | 1,300.00 | 632.81 |
| 246660 NP (Interest) - Green Chip 3 | 436.75 | 90.10 |
| 246670 NP (Interest) - Costas Takkas 4 | 127.43 | |
| **Total 2115001 NP - Accrued Interest** | $ 305,444.75 | $ 205,505.16 |
| 211600 Accrued Liability - Other | 0.00 | 0.00 |
| 211601 Accrued Legal | 42,299.84 | 117,800.84 |
| 211602 Accrued Consulting | 0.00 | 320,000.00 |
| 211603 Accrued Fees - Financial Insights | 29,400.00 | 100,500.00 |
| 211604 Accrued Penalty - George Town | 335,491.38 | 335,491.38 |
| 211605 Accrued Accounting | 30,000.00 | 10,604.00 |
| 211606 Accrued Research & Development Cost | 26,259.00 | |
| **Total 211600 Accrued Liability - Other** | $ 463,450.22 | $ 884,396.22 |
| **Total Other Current Liabilities** | $ 3,713,173.78 | $ 4,039,466.13 |
| **Total Current Liabilities** | $ 5,172,359.47 | $ 5,207,675.41 |
| **Long-Term Liabilities** | | |
| 211300 Interco - AMP Distributors Inc. (Florida) | 116,045.89 | 116,045.89 |
| 2990000 NP - Notes Payable (LT) | | |
| 290010 NP - Joe T. Ebernard | 50,000.00 | 50,000.00 |
| 290060 NP - Joe T. Eberhard 2 | 500,000.00 | 500,000.00 |
| 299181 NP - Sonoro | 2,915,000.00 | 2,915,000.00 |
| 299182 Debt Discount-Sonoro | (178,097.71) | (267,146.59) |
| 299183 Debt Discount - St. George Investments | (11,120.00) | |
| 299184 Debt Discount - JMJ Financial | (6,111.42) | |
| 299240 NP - Adar Bays, LLC | 52,500.00 | |
| 299260 NP - Union Capital, LLC | 52,500.00 | |
| 299280 NP - LG Capital Funding, LLC | 78,750.00 | |
| 299290 NP - St. George Investments, LLC | 125,000.00 | |
| 299300 NP - Darling Capital, LLC | 50,000.00 | |
| 299310 NP - JMJ Financial | 66,667.00 | |
| 299320 NP - JSJ Investments Inc. | 100,000.00 | |
| 299330 NP - Vis Vires Group Inc | 20,000.00 | |
| **Total 2990000 NP - Notes Payable (LT)** | $ 3,815,087.87 | $ 3,197,853.41 |
| 2991000 NP - Accrued Interest (LT) | | |
| 290020 NP (Interest) - Joe T. Eberhard | 12,347.24 | 10,813.90 |
| 290070 NP (Interest) - Joe T. Berhard 2 | 83,611.13 | 70,833.34 |

| | | | |
|---|---|---:|---:|
| **299110 NP (Interest) - LLI Trading Limited** | | 50,763.88 | 50,763.88 |
| **299200 NP (Interest) - Sonoro** | | 43,724.99 | 6,477.78 |
| **299301 NP (Interest) - Adar Bays LLC** | | 778.75 | |
| **299302 NP (Interest) - Union Capital LLC** | | 778.75 | |
| **299303 NP (Interest) - LG Capital Funding LLC** | | 1,233.76 | |
| **299305 NP (Interest) - Darling Capital LLC** | | 1,069.45 | |
| **299307 NP (Interest) - JSJ Investments Inc.** | | 833.33 | |
| **299308 NP (Interest) - Vis Vires Group Inc.** | | 120.00 | |
| **Total 2991000 NP - Accrued Interest (LT)** | $ | 195,261.28 | $ 138,888.90 |
| **301620 Subscription Payable** | | 144,750.00 | 0.00 |
| **Total Long-Term Liabilities** | $ | 4,271,145.04 | $ 3,452,788.20 |
| **Total Liabilities** | $ | 9,443,504.51 | $ 8,660,463.61 |
| **Equity** | | | |
| **301000 Common Shares** | | 8,039.10 | 7,950.10 |
| **302250 Noncontrolling Interest - MesoCoat** | | (561,944.41) | (561,944.41) |
| **356000 Retained Earnings** | | (21,253,250.06) | (21,253,250.06) |
| **Paid-In-Capital** | | | |
| **301500 Paid In Capital** | | 18,793,161.22 | 18,437,250.22 |
| **301700 Paid In Capital - Warrants/Options** | | 11,103,641.12 | 10,946,249.12 |
| **301800 Paid In Capital - Stock** | | 929,544.68 | 929,584.68 |
| **301900 Additional Paid In Capital** | | (518,128.20) | (608,644.20) |
| **302000 Contributed Capital** | | 5,049.85 | 5,049.85 |
| **Total Paid-In-Capital** | $ | 30,313,268.67 | $ 29,709,489.67 |
| **Net Income** | | (988,620.45) | |
| **Total Equity** | $ | 7,517,492.85 | $ 7,902,245.30 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 16,960,997.36 | $ 16,562,708.91 |

Monday, Sep 28, 2015 06:02:55 PM PDT GMT-4 - Accrual Basis

# Abakan Inc.
## A/P Aging Summary
As of September 16, 2015

| Name | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | 9/16/15 AP Total |
|---|---|---|---|---|---|---|
| Antenna Group | | | | | 42,400.00 | 42,400.00 |
| Bikulege, Stan | | | | | 715.95 | 715.95 |
| Birch Communications | | 380.58 | | | | 380.58 |
| Brafton, Inc. | | | | | 1,250.00 | 1,250.00 |
| Brighton Capital Ltd. | | 20,250.00 | | | | 20,250.00 |
| Broad and Cassel | | | | | 39,236.39 | 39,236.39 |
| Broadridge ICS | | | | | 631.35 | 631.35 |
| Capstone Management | | | | | 400.00 | 400.00 |
| Chernyakov, Vladimir | | 3,000.00 | 3,000.00 | 3,000.00 | 21,900.00 | 30,900.00 |
| Cinecraft Productions | | | | | 900.00 | 900.00 |
| City of Miami | | | 535.00 | | | 535.00 |
| Comcast | | 233.76 | | | | 233.76 |
| Corporate Media Enterprises, LLC | | | | 3,649.50 | | 3,649.50 |
| Department of Treasury - IRS (Accrued) | | 4,662.50 | 4,662.50 | 4,864.82 | 13,987.50 | 28,177.32 |
| Dept of Treasury - IRS (Penalty) | | 248.97 | | | 5,007.28 | 5,256.25 |
| Dept of Treasury - IRS (Stephen Goss) | | | | | 9,325.00 | 9,325.00 |
| Experis Manpower Group | | | | | 6,000.00 | 6,000.00 |
| Ferris, Steven | | | 89.27 | | | 89.27 |
| Fraga, Bekierman & Cristiano Adogados | | | | | 2,378.34 | 2,378.34 |
| Freeman,Dunn,Alexander,Tiller,Gay&Lucy | | | | | 180.00 | 180.00 |
| Fulcrum Financial Inquiry LLP | | | | | 800.00 | 800.00 |
| Gabriela Benaroum | | 2,250.00 | | | | 2,250.00 |
| Goss, Stephen-Director Fees | | | | | 12,950.00 | 12,950.00 |
| Goss, Stephen-Payroll | | 8,793.75 | 8,793.75 | 8,793.75 | 5,775.82 | 32,157.07 |
| Graves, Phil | | 5,000.00 | 5,000.00 | 5,000.00 | 79,480.00 | 94,480.00 |
| Guild Associates | | | | | 17,166.66 | 17,166.66 |
| Hall, Lamb & Hall Acct#252 | | -369.50 | 3,235.36 | 45.00 | 5,448.13 | 8,358.99 |
| Hall, Lamb & Hall Acct#354 | | | 205.00 | | 260.00 | 465.00 |
| Hall, Lamb & Hall Acct#411 | | | | | 3.40 | 3.40 |
| Hall, Lamb & Hall Acct#580 | | | 237.50 | 6,377.00 | 12,171.30 | 18,785.80 |
| Hall, Lamb & Hall Acct#590 | | | | 78,764.85 | 95,092.88 | 173,857.73 |
| Hall, Lamb & Hall Acct#615 | | | | | 52.49 | 52.49 |
| Hall, Lamb & Hall Acct#649 | | | | 11,267.50 | | 11,267.50 |
| Harrison Law | | 100.00 | | | | 100.00 |
| Haynes and Boone, LLP | | | | | 260.85 | 260.85 |
| Integrity Plus Services | | 38,636.50 | | | | 38,636.50 |
| Island Stock Transfer | | 666.82 | 751.40 | | | 1,418.22 |
| Jams Inc | | 2,900.00 | | | | 2,900.00 |
| Klein Glasser Park & Lowe PL | | | | 380.00 | 4,927.50 | 5,307.50 |
| Law Offices of Steven E. Rosenfeld, PC | | 39,603.20 | 38,350.00 | 33,172.24 | 40,017.10 | 151,142.54 |

| | | | | | | Total |
|---|---:|---:|---:|---:|---:|---:|
| Maloney & Novotny | | 20,870.00 | | | | 20,870.00 |
| Mazzeo Song & Bradham LLP | | | | | 18,663.60 | 18,663.60 |
| Michael Rosen PA | | | | | 22,550.15 | 22,550.15 |
| Miller, Nicolas | | | | | 40,121.87 | 40,121.87 |
| Miller, Robert H. | | 12,500.00 | 12,500.00 | 12,500.00 | 2,344.36 | 39,844.36 |
| Miller, Robert H. - company expense pd by RM | | | 0.00 | | | 0.00 |
| O'Quinn Stumphauzer Trust Account | | 22,152.58 | 2,980.00 | | 76,166.79 | 79,146.79 |
| Ohio Department of Taxation | | | 9.10 | | 81.88 | 90.98 |
| Orsa & Company | | 4,827.50 | 3,918.75 | | 34,414.00 | 43,160.25 |
| OTC Markets Groups Inc. | | | 10,000.00 | | | 10,000.00 |
| Owen, Ryan | | 5,000.00 | 5,000.00 | 5,000.00 | 30,000.00 | 45,000.00 |
| RedChip Companies Inc. | | | | | 15,000.00 | 15,000.00 |
| ReEnergize Consulting Services | | | | | 32,500.00 | 32,500.00 |
| Robinson Reporting | | | 369.50 | | | 369.50 |
| Singerman,Mills,Desberg,&Kauntz Co., LPA | | | | | 5,605.50 | 5,605.50 |
| Skoda Minotti | | | 4,337.49 | | | 4,337.49 |
| Solowly Allen Attorneys at Law | | | | | 3,569.44 | 3,569.44 |
| Speed Print One | | | | | 350.53 | 350.53 |
| Standard & Poor's | | | | | 9,900.00 | 9,900.00 |
| Steinback & Associates | | | | | 14,752.63 | 14,752.63 |
| Surety Financial Group, LLC | | 3,000.00 | 3,000.00 | 3,000.00 | | 9,000.00 |
| Takkas, Costas | | | | | 73,793.16 | 73,793.16 |
| Tellini, Raymond | | | | | 1,117.76 | 1,117.76 |
| The Nasdaq-New Acct. #171 | | | | | 5,000.00 | 5,000.00 |
| Thomas, Sam | | 3,000.00 | 3,000.00 | 3,000.00 | 78,000.00 | 87,000.00 |
| United Imaging | | | | | 298.95 | 298.95 |
| Upchurch Watson | | | | | 4,312.50 | 4,312.50 |
| Van Der Gulik, David | | 4,500.00 | 4,500.00 | 4,500.00 | 55,809.61 | 69,309.61 |
| Van Der Gulik, David (Accrual) | | | | | 9,774.41 | 9,774.41 |
| TOTAL | $ 0.00 | $ 197,379.16 | $ 109,767.63 | $ 192,849.15 | $ 952,845.08 | $ 1,452,841.02 |

**Promissory Notes:**

| | Penalty Due | Note Amount |
|---|---:|---:|
| 211480 NP - Costas M. Takkas | | 80,993.60 |
| 211520 NP - Maria D. Longo | | 15,000.00 |
| 211590 NP - Green Chip, SA | | 336,766.03 |
| 219450 NP - River Fish Holding | | 43,600.00 |
| 230900 NP - James Chew | | 19,350.00 |
| 231000 NP - Kosson Ventures | | 3,850.00 |
| 235201 NP - Ammon & Associates Inc. | | 60,000.00 |
| 236000 NP - George Town Associates SA | 335,490.75 | 1,341,963.34 |
| 242500 NP - Chaco Holding SA | | 70,000.00 |
| 242700 NP - Ioannis Xynos | | 40,000.00 |
| 245500 NP - Costas M. Takkas 2 | | 26,684.72 |

| | |
|---|---|
| 245600 NP - Green Chip SA 2 | 250,000.00 |
| 246100 NP - Gustavo & Alexandra Maz | 21,307.73 |
| 246530 NP - John Xinos | 30,867.00 |
| 246550 NP - Paul Ammon | 30,000.00 |
| 246560 NP - Paul Ammon 2 | 15,000.00 |
| 246570 NP - Paul Ammon 3 | 20,000.00 |
| 246580 NP - Costas Takkas 3 | 10,000.00 |
| 246590 NP - Warren Lydon | 25,000.00 |
| 246591 NP - Green Chip 2 | 60,000.00 |
| 246592 NP - Green Chip 3 | 25,000.00 |
| 246593 NP - Costas Takkas 4 | 5,500.00 |
| 290010 NP - Joe T. Eberhard | 50,000.00 |
| 290060 NP - Joe T. Eberhard 2 | 500,000.00 |
| 299181 NP - Sonoro | 2,915,000.00 |
| 299240 NP - Adar Bays, LLC | 52,500.00 |
| 299260 NP - Union Capital, LLC | 52,500.00 |
| 299280 NP - LG Capital Funding, LLC | 78,750.00 |
| 299290 NP - St. George Investments, LLC | 125,000.00 |
| 299300 NP - Darling Capital, LLC | 50,000.00 |
| 299310 NP - JMJ Financial | 66,667.00 |
| 299320 NP - JSJ Investments Inc. | 100,000.00 |
| 299330 NP - Vis Vires Group Inc | 20,000.00 |
| | **6,541,299.42** |