**MEMO ENDORSED**

Robert W. Seiden, Esq.,
Court-Appointed Receiver over MesoCoat, Inc. and Abakan, Inc.
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
212-626-6708

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2016
```

April 11, 2016

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: George Town Associates S.A. v. Abakan, Inc. and MesoCoat, Inc.
    Case No.: 1:15-cv-03435-DLC

Dear Judge Cote:

I write to respectfully inform the Court that, as Receiver over Abakan, Inc. and MesoCoat, Inc., and as per the authorization set forth in Your Honor's Order of December 18, 2015 (Dkt. 269), I have entered into and consummated the attached Satisfaction and Assignment Agreement, effective January 4, 2016. I write also to respectfully submit to the Court the attached final report and accounting for the period of December 11, 2015 through April 4, 2016.

I ask the Court to "So Order" this letter to confirm that the receivership over Abakan, Inc. and MesoCoat, Inc. pursuant to this Court's Orders (Dkt. 98, 142, 269) is terminated and that this case is dismissed pursuant to Fed. R. Civ. P. 66.

Having completed my duties as Receiver, as per Your Honor's above-referenced Orders, I further respectfully request that the Court release and discharge me from any further duties and responsibilities as Receiver over the above-mentioned entities, and confirm that I shall not be liable for any acts or omissions while acting in my capacity as Receiver herein, save and except for any gross negligence or willful misconduct.

Case 1:15-cv-03435-DLC Document 276 Filed 04/12/16 Page 2 of 2
Case 1:15-cv-03435-DLC Document 275 Filed 04/11/16 Page 2 of 2

Page 2

Thank you for the honor and privilege of serving Your Honor.

Sincerely,

*[signature]*

Robert W. Seiden, Esq.,
Court-Appointed Receiver over MesoCoat, Inc. and Abakan, Inc.

SO ORDERED:

Dated: New York, New York

---

DENISE COTE
United States District Judge

The receivership is terminated. The Clerk of Court shall close the case.

*[signature]*
4/11/16